


FILED
OCT 19 2023
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2:23CV360

# Notice of Removal

## Case# 45I02-2304-CM-000375

This Notice of removal of the above-mentioned case from Schererville Town Court to the United States District Court Northern District of Indiana. The basis for this removal is the presence of matters pertaining to Diplomatic and Treaty Law, Diversity Jurisdiction, Diversity of Citizenship, and the controversy being valued at more that $75,000.00. The following information outlines the grounds for removal:

1. **Diplomatic and Treaty Law:** The subject matter of the case involves issues directly related to Diplomatic and Treaty Law, which fall within the exclusive Jurisdiction of the Federal Courts. The interpretation and application of the International Treaties and agreements are essential to the resolution of the controversy.

2. **Jurisdiction:** The federal court has Jurisdiction over this matter, as it involves a federal question. The case raises substantial federal issues that require the expertise and guidance of the federal court system.

3. **Diversity of Citizenship:** The parties involved in this case are citizens/nationals of different states, and the controversy exceeds the jurisdictional threshold of $75,000.00. the Diversity of Citizenship between the parties further supports the removal to federal court (See attached documents titled "Counter Claim" and "Fee Schedule" filed in Lake County Superior Court).

In light of the above, we respectfully request that the state court proceedings be stayed, and the case be transferred to the United States District Court as stated above. Thank you for your attention to this matter. Should you have any questions or require further information, please do not hesitate to contact us.

Sincerely,

Omari Kaffee Bey, Hajib,
Minister of Foreign Affairs
hajibmsr@gmail.com
(930) 465-1060
c/o 5651 Coventry LN
Fort Wayne, IN
[46804]