# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

OMARI KAFFEE BEY HAJIB

    Plaintiff

v.

                                                            Civil Action No. 2:23-cv-360

SCHERERVILLE TOWN COURT

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S Van Bokkelen.

DATE: 2/22/2024                                  CHANDA J. BERTA, CLERK OF COURT

                                                                 by  s/A. Highlen_____
                                                                   *Signature of Clerk or Deputy Clerk*